IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2005 MAY 16  AM 10: 38
OFFICE OF THE CLERK

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | Case No. 4:04-CV-3356 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| BASF CORPORATION, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the Motion to Extend Deadlines filed by Plaintiff, the Board of Regents of the University of Nebraska (Filing No. 34 ),

IT IS ORDERED:

(1) that Plaintiff shall have until June 6, 2005, to serve its responses to Defendant BASF Corp.'s First Set of Requests for Production of Documents and Things and First Set of Interrogatories;

(2) that Defendant shall have until June 20, 2005 respond to Plaintiff's settlement offer; and

(3) that the Planning Conference previously scheduled for June 6, 2006 is rescheduled for June 30, 2005 at 9:00 .

BY THE COURT:

David L. Piester
United States Magistrate Judge

L0646325.1