IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) | |
| BASF, | ) ) | ORDER |
| Defendant. | ) ) | |

Upon the parties' joint motion to extend the deadlines for filing briefs in response to the defendant's motion to compel, and to extend the discovery and settlement deadlines and the trial date, filing 43,

IT IS ORDERED:

1. The deadline for filing plaintiff's response to defendant's pending motion to compel is continued to December 16, 2005. Defendant's reply brief, if any, shall be filed in accordance with the deadlines set by this court's local rules.

2. To the extent that the parties' filing 43 motion requests a continuance of the filing 37 scheduling order deadlines, the motion is granted. The discovery and settlement deadlines, and the dates set for the pretrial conference and trial are set aside.

3. To the extent the parties' filing 43 motion requests an order specifically setting new deadlines for progression of this case, the motion shall be held in abeyance pending a ruling on the motion to compel.

DATED this 6th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge