```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) ) | |
| BASF CORPORATION, | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

Defendant's motion for time, filing 57, is granted and defendant is given to February 27, 2006 to respond to Monsanto Company's Amended and Corrected Motion for Leave to Intervene.

DATED this 13th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge