```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) ) | |
| BASF CORPORATION, | ) ) | ORDER |
| Defendant. | ) ) | |

Defendant BASF has moved for another extension of time to respond to the amended motion of Monsanto Company to intervene in this case (Filing 55). Although advising the court that counsel for the plaintiff and the applicant-intervenor have no objection to the extension, the motion does not set forth any reason another extension is warranted. I shall grant this extension and no more; it is time the motion is resolved.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 61, is granted. BASF is given until the close of business March 13, 2006 to respond to the amended motion to intervene.

DATED this 3rd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge