```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) | |
| BASF CORPORATION, | ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

Defendant BASF Corporation's Agreed-To Motion for an Extension of Time to Respond and Stay of Monsanto Company's Motion for Leave to Intervene until April 10, 2006, filing 65, is granted.

DATED this 14th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge