# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | Case No. 4:04 CV 3356 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| BASF CORPORATION, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervenor. | ) | |

IT IS ORDERED:

Intervenor Monsanto Company's Unopposed Motion for an Extension of Time to file its Reply Brief, filing #70, is granted. The Reply Brief shall be filed on or before April 24, 2006.

Dated this 12th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge