IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) | |
| BASF CORPORATION, | ) ) | ORDER |
| Defendant, | ) ) | |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff | ) | |

The parties' joint motion to extend deadlines, filing 15, is granted, and,

a. On or before July 11, 2006, BASF shall file its brief in opposition to Monsanto's pending motion to disqualify.

b. The parties shall electronically file their Rule 26 meeting report within fifteen days after the court's ruling on Monsanto's motion to disqualify.

DATED this 22nd day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge