```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

BOARD OF REGENTS OF THE         )
UNIVERSITY OF NEBRASKA,         )
                                )
             Plaintiff,         )         4:04CV3356
                                )
        v.                      )
                                )
BASF Corporation,               )           ORDER
                                )
             Defendant.         )
                                )
```

IT IS ORDERED:

The parties' joint oral motion is granted and the deadline for filing the Rule 26 report of the parties' planning conference is extended to October 13, 2006.

DATED this 4th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge