```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

BOARD OF REGENTS OF THE        )
UNIVERSITY OF NEBRASKA,        )
                               )
            Plaintiff,         )        4:04CV3356
                               )
       v.                      )
                               )
BASF,                          )           ORDER
                               )
            Defendant.         )
                               )
```

IT IS ORDERED:

The parties' joint oral motion to extend the deadline for filing the parties' Rule 26 planning conference report is granted and the deadline is extended to October 20, 2006.

DATED this 13th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge