IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>    Plaintiff,<br><br>v.<br><br>BASF CORPORATION,<br><br>    Defendant,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Intervening Plaintiff.<br><br>and<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>    Intervening Defendant. | Case No.  4:04 CV 3356<br><br><br>ORDER |

    THIS MATTER is before the Court on the Motion to Withdraw Motion to Compel (Filing No. 143) filed by Intervening Plaintiff, Monsanto Company.  The Court, being fully advised in the premises, finds that the Motion is granted.

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Intervening Plaintiff Monsanto Company's Motion to Withdraw Motion to Compel be granted and Motion to Compel (Filing No. 139) is hereby withdrawn.

    IT IS SO ORDERED.

    Dated this 1st day of December, 2006.

                                        BY THE COURT

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge

Prepared and submitted by:

Danene J. Tushar, #18416
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, Nebraska  68102-2663
ATTORNEYS FOR INTERVENING
PLAINTIFF MONSANTO COMPANY

432826