```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) | |
| BASF CORPORATION, | ) ) | ORDER |
| Defendant. | ) ) | |

On the court's own motion,

IT IS ORDERED:

The Rule 16 telephone planning conference is continued from February 23 to March 8, 2007 at 9:00 a.m. Central Time. Plaintiff's counsel shall initiate the call.

DATED this 16th day of February, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge