IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA** | ) ) ) ) | |
| **Plaintiff,** | ) ) | Case Number 4:04cv3356 |
| v. | ) ) | |
| **BASF CORPORATION** | ) ) ) | |
| **Defendant,** | ) ) | |
| and | ) ) | |
| **MONSANTO COMPANY,** | ) ) ) | |
| **Intervening Plaintiff,** | ) ) | |
| and | ) ) | |
| **SYNGENTA CROP PROTECTION, INC.** | ) ) ) | |
| **Intervening Defendant.** | ) ) ) | |

**ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE FOR FILING OF SUMMARY JUDGMENT MOTIONS**

Pursuant to the parties' Joint Motion to Extend the Deadline for Filing Summary Judgment Motions,

IT IS ORDERED that the deadline for the parties to file motions for summary judgment addressing "the interpretation of written agreements and what intellectual property rights, if any, were successfully transferred between the parties and Sandoz Agro, the validity of the

University/Monsanto License, and/or patent claim construction issues" is extended to **April 30, 2007**.

DATED this 11th day of April , 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge