IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) | |
| BASF CORPORATION, | ) ) | ORDER |
| Defendant, | ) ) | |
| and | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff, | ) ) | |
| v. | ) ) | |
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Intervening Defendant. | ) | |

The parties have advised the court that certain 30(b)(6) depositions must be taken before they can file their summary judgment motions currently due on April 30, 2007, but these depositions could not be scheduled and will not be completed before the current deadline. Accordingly, the parties have jointly and orally moved for a continuance of the April 30, 2007 deposition deadline. I find that the parties' oral motion should be granted.

IT THEREFORE HEREBY IS ORDERED: The deadline for filing motions for summary judgment addressing "the interpretation of written agreements and what intellectual property rights, if any, were successfully transferred between the parties and Sandoz Agro, the validity of the University/ Monsanto License, and/or patent claim construction issues" is extended to May 25, 2007.

DATED this 27th day of April, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge