IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) | |
| BASF CORPORATION, | ) ) | ORDER |
| Defendant, | ) ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Intervening Defendant. | ) ) | |

1. The parties' oral motion to amend the court's October 25, 2006 Order for Initial Progression of Case, filing 129, is granted.

2. The August 1, 2007 deposition deadline set forth in paragraph 6 of the filing 129 Progression Order is continued to August 6, 2007, and all deadlines based on the deposition deadline are extended accordingly.

3. A telephonic conference will be held before the undersigned on July 3, 2007 at 11:00 a.m. to discuss the progression of this case and any current or developing scheduling issues. Counsel for the plaintiff, Board of Regents of the University of Nebraska, shall place the call.

DATED this 29th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge