IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) | |
| BASF CORPORATION, | ) ) | MEMORANDUM AND ORDER |
| Defendant, | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Intervening Defendant. | ) ) | |

IT IS ORDERED:

1. Intervening plaintiff's unopposed motion for stay, filing 307, is granted and the subject Rule 30(b)(6) deposition shall not take place until the court has ruled on the underlying motion for protective order.

2. All parties are given until 4:00 p.m. Central Time on Wednesday, October 17, 2007 to respond to the motion.

DATED October 12, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge