```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA

BOARD OF REGENTS OF THE           )
UNIVERSITY OF NEBRASKA,           )
                                  )              4:04CV3356
            Plaintiff,            )
                                  )
      v.                          )
                                  )         MEMORANDUM AND ORDER
BASF CORPORATION,                 )
                                  )
            Defendant,            )
                                  )
MONSANTO COMPANY,                 )
                                  )
     Intervening Plaintiff,       )
                                  )
     and                          )
                                  )
SYNGENTA CROP PROTECTION,         )
INC.,                             )
                                  )
     Intervening Defendant.       )
                                  )
```

Upon consideration of the parties' joint motion for extension of deadlines and for scheduling conference,

IT IS ORDERED:

1. That portion of the motion, filing 330, which seeks extensions of deadlines is granted, and

    a. The deposition deadline, previously set as October 12, 2007 is extended to November 16, 2007 as to depositions of non-expert witnesses that were properly and timely noticed prior to October 12, 2007 (excepting the Rule 30(b)(6) deposition of Monsanto, which is the subject of a pending motion for protective order; that matter, as well as the corresponding cross-motion to compel will be addressed by separate order).

    b. The deadline for filing summary judgment motions, currently set as October 26, 2007, is extended to November 30, 2007.

     2. That portion of the motion, filing 330, which seeks a scheduling conference with the court pursuant to Fed. R. Civ. P. 16 is reserved for ruling once pending discovery motions have been resolved.

     DATED October 25, 2007.

                                    BY THE COURT:

                                    s/ *David L. Piester*
                                    David L. Piester
                                    United States Magistrate Judge