UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA,<br><br>Plaintiff,<br><br>v.<br><br>BASF CORPORATION,<br><br>Defendant.<br><br>and<br><br>MONSANTO COMPANY,<br><br>Intervening Plaintiff,<br><br>and<br><br>SYNGENTA CROP PROTECTION, INC.,<br><br>Intervening Defendant. | Civil File No. 4:04-CV-3356<br><br>**ORDER** |

IT IS ORDERED:

1.   Intervening Defendant Syngenta Crop Protection, Inc.'s Motion to Seal filing 349, is granted.

2.   Document Number 335 is hereby sealed as a RESTRICTED DOCUMENT.

3.   Document Number 333 is stricken.

DATED November 21, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge