IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) | |
| BASF CORPORATION, | ) ) | MEMORANDUM AND ORDER |
| Defendant, | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Intervening Defendant. | ) ) | |

IT IS ORDERED,

The motion of defendant BASF Corporation, filing 357, to withdraw the appearance of Rebecca D. Walker as counsel of record for BASF Corporation is granted.

DATED November 26, 2007.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge