UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | Case No. 4:04CV3356 RGK/DLP |
| Plaintiff, | |
| v. | **ORDER ON MOTION TO WITHDRAW JOHN D. OSTERGREN AS COUNSEL OF RECORD FOR SYGENTA CROP PROTECTION, INC.** |
| BASF CORPORATION, | |
| Defendant, | |
| and | |
| MONSANTO COMPANY, | |
| Intervening Plaintiff, | |
| and | |
| Syngenta Crop Protection, Inc. | |
| Intervening Defendant. | |

**THIS MATTER** comes before the Court on the Motion to Withdraw John D. Ostergren as Counsel of Record for Syngenta Crop Protection, Inc.  The Court has considered the same and find that this Motion, filing 364, is **GRANTED**.

All parties are instruction to remove John D. Ostergren as counsel of record for Syngenta Crop Protection, Inc.

Dated this 4th day of December, 2007.

BY THE COURT

*s/* David L. Piester

David L. Piester
United States Magistrate Judge