IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) | |
| BASF CORPORATION, | ) ) | ORDER |
| Defendant, | ) ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Intervening Defendant. | ) ) | |

Pending before me is the plaintiff's unopposed oral motion for a continuance of up to six days to comply with Paragraph 1 of the court's filing 379 progression order. This oral motion is granted, and

1. On or before April 3, 2008, the University shall comply with paragraph 1 of the filing 379 progression order.

2. The deadlines set forth in paragraphs 2 through 5 of the filing 379 progression order shall be extended by the number of additional days actually used by the University to comply with filing 379, paragraph 1.

3. The pretrial conference and trial dates set forth in paragraphs 6 and 7 of the filing 379 progression order remain unchanged.

DATED this 28th day of March, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge