IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) | |
| BASF CORPORATION, | ) ) | ORDER |
| Defendant, | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Intervening Defendant. | ) ) | |

IT IS ORDERED:

Plaintiff's motion to file affidavits under seal, filing 384, is granted and the clerk shall maintain filing numbers 385, 386 and 387 as sealed documents.

DATED April 22, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge