THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | 4:04CV3356 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **MEMORANDUM** |
| BASF CORPORATION, | ) ) ) | **AND ORDER** |
| Defendant, | ) ) | |
| and | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Intervening Defendant. | ) ) | |

     The parties in this case have filed more motions for summary judgment (filings 402, 405, 414, 416), along with large indexes of evidence (filings 406, 407, 408, 409, 410, 412, 417, 418). To conserve judicial resources and to assist the court in resolving the pending motions for summary judgment, I shall require the parties that filed these voluminous indexes to provide to the court photocopies of the exhibits, which should be placed in ring binders and separated with tabbed dividers that identify each exhibit.

     Accordingly,

IT IS ORDERED:

1. On or before August 29, 2008, counsel shall deliver to the chambers of the undersigned United States district judge photocopies of the exhibits contained in the indexes of evidence (filings 406, 407, 408, 409, 410, 412, 417, 418) submitted in conjunction with the pending motions for summary judgment (filings 402, 405, 414, 416);

2. Additional exhibits which may be filed in conjunction with the pending motions for summary judgment shall also be photocopied and submitted to the chambers of the undersigned United States district judge;

3. Such photocopies shall be delivered or mailed to: Hon. Richard G. Kopf, 586 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska 68508.

August 18, 2008.                    BY THE COURT:
                                    s/ *Richard G. Kopf*
                                    United States District Judge