IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) | |
| BASF CORPORATION, | ) ) | ORDER |
| Defendant, | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Intervening Defendant. | ) ) | |

IT IS ORDERED:

The unopposed oral motion of intervening plaintiff Monsanto Company for leave to file an amended brief is granted and the amended brief shall be filed forthwith.

DATED August 19, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge