THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | 4:04CV3356 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| BASF CORPORATION, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Intervening Defendant. | ) | |

The parties have filed numerous motions requesting that various documents be filed as "restricted access" documents. (Filings 403, 415, 428, 436, 455, 456.) Paragraph 8 of the parties' protective order (filing 182) provides in part:

> Confidential Information in the form of documents which are submitted to the Court with any filing or proceeding in this litigation shall be filed as "restricted access" documents, with electronic court filing access available only to parties of record and court users. . . . This paragraph of the protective order is a standing order of the Court applicable only to this case. So long as this protective order, or this paragraph of the protective order, remains in effect, documentary

> Confidential Information may be filed as a restricted access filing . . . without further order of Court.

Pursuant to this provision, all materials requested by the parties to be filed with a "restricted access" designation already have been so filed, and further requests need not be made.

IT IS ORDERED that the motions to file restricted-access documents (403, 415, 428, 436, 455, 456) are denied as moot, as the documents mentioned in such motions already have been filed with a "restricted access" designation pursuant to the parties' protective order.

September 8, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge