IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) | |
| BASF CORPORATION, | ) ) | MEMORANDUM AND ORDER |
| Defendant, | ) ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Intervening Defendant. | ) ) | |

The motion for reconsideration and motion to intervene filed by Timothy Rissmiller, Jonathan Lee Riches, and Toni Lea Frost, filing 421, is stricken for lack of a certificate of service and failure to timely correct this deficiency.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge