```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | 4:04CV3356 |
| v. | ) ) | |
| BASF CORPORATION, | ) ) | MEMORANDUM AND ORDER |
| Defendant, | ) ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Intervening Defendant. | ) ) | |

In response to the inquiry made by counsel for the plaintiff regarding preparation of exhibits for use at trial:

1) The documents to be offered at trial shall be pre-marked with exhibit stickers.  Due to image blackening that may occur when documents are scanned and preserved as .pdf images, the parties' exhibits should not be marked with blue exhibit stickers.  White or yellow exhibit stickers may be used, and white is preferred.

2) Documentary evidence shall be offered at trial in an electronic format preserved on a compact disc (CD), and to the extent possible, the CD should include an index of evidence which individually lists each exhibit and provides a hyperlink for retrieving that exhibit.

3) Prior to the start of trial, the parties shall provide the trial judge and counsel for all other parties with

>a copy of the exhibit CD described in paragraph 2 above, and a paper copy of the documentary exhibits.

Dated this 2nd Day of October, 2008.

>BY THE COURT:
>
>s/ *David L. Piester*
>David L. Piester
>United States Magistrate Judge