THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | 4:04CV3356 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **MEMORANDUM** |
| BASF CORPORATION, | ) ) | **AND ORDER** |
| Defendant, | ) ) | |
| and | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Intervening Defendant. | ) | |

The parties shall be advised that Laura R. Hegge began employment as a law clerk in the chambers of the undersigned United States district judge on Monday, September 29, 2008. Ms. Hegge was formerly employed as an associate at Cline, Williams, Wright, Johnson & Oldfather, L.L.P., in Lincoln, Nebraska, which is the law firm representing the Board of Regents of the University of Nebraska in this lawsuit. While employed at Cline, Williams, Ms. Hegge did not perform any substantive work on the above-captioned case, and she will not work on this case while employed in this chambers.

**IT IS SO ORDERED.**

October 2, 2008.  BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge