THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | 4:04CV3356 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **MEMORANDUM AND ORDER** |
| BASF CORPORATION, | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Intervening Defendant. | ) | |

    The parties are hereby notified that the criminal case of *United States v. Wentworth*, No. 4:06CR3172 (D. Neb.), is scheduled for a 15-day jury trial before the undersigned United States district judge beginning on Monday, November 3, 2008, and concluding on or about Monday, November 24, 2008. If the *Wentworth* case commences as scheduled, the nonjury trial in *Board of Regents v. BASF*, No. 4:04CV3356 (D. Neb.), will need to be rescheduled. Counsel in the *Wentworth* case have been given a deadline of October 14, 2008, to notify the court whether the defendant will plead or go to trial, but at this time, the court has been advised that trial is likely. The court shall notify counsel in *Board of Regents v. BASF* on October 15, 2008, regarding the status of the *Wentworth* case.

**IT IS SO ORDERED.**

October 3, 2008.              BY THE COURT:
                              s/ *Richard G. Kopf*
                              United States District Judge