THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA, | ) ) ) | 4:04CV3356 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **MEMORANDUM** |
| BASF CORPORATION, | ) ) | **AND ORDER** |
| Defendant, | ) ) | |
| and | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Intervening Plaintiff, | ) ) | |
| and | ) ) | |
| SYNGENTA CROP PROTECTION, INC., | ) ) ) | |
| Intervening Defendant. | ) | |

Intervening defendant Syngenta Crop Protection, Inc., has filed a Motion for a Continuance and for Permission to Contact Witnesses (filing 488). I shall order that Syngenta coordinate and place a conference call as set forth below.

IT IS ORDERED:

1. Counsel for Syngenta Crop Protection, Inc., shall coordinate and place a telephone conference call to occur today, Monday, November 10, 2008, at 4:00 p.m., CST, between counsel for all parties (including settling parties) and the undersigned, who may be reached at 402-437-5252.

2. Counsel may contact my Administrative Assistant, Kris Leininger, should questions arise.

November 10, 2008.   BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge

2